IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | | |
|---|---|---|
| **LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1410,** | * | Case No. 3:11-cv-107 |
| *Plaintiff,* | * | Judge Black |
| | * | |
| v. | * | |
| **ANDERSON MASONRY COMPANY, INC.,** | * | **STIPULATED JUDGMENT ENTRY** |
| *Defendant.* | * | |

The parties hereby stipulate that this matter has been resolved. Therefore, the Court orders Defendant Anderson Masonry Company, Inc. to transmit working dues to the Secretary-Treasurer of Plaintiff Laborers' International Union of North America, Local 1410, by the fifteenth (15th) day of the month, following the month in which the work was performed. This case is dismissed with prejudice.

IT IS SO ORDERED.

_____
JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted,

MANGANO LAW OFFICES CO., L.P.A.

/s/Ryan K. Hymore

Ryan K. Hymore
10901 Reed Hartman Highway, Suite 207
Cincinnati, Ohio 45242
T: (513) 255-5888/F: (216) 397-5845
rkhymore@bmanganolaw.com

*Trial Attorneys for Plaintiff
Laborers' International Union
of North America, Local 1410*

And

ANDERSON MASONRY COMPANY, INC.

Brian P. Watts, President
2850 Ome Avenue
Dayton, OH 45414
T: 937-277-8993/F: 937-277-7992