IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | | |
|---|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1410, | * | Case No. 3:11-cv-107 |
| | * | Judge Black |
| Plaintiff, | * | |
| v. | * | |
| ANDERSON MASONRY, INC., | * | ORDER |
| Defendant. | * | |
| | * | |

This matter is before the Court on Plaintiff's motion to vacate the show-cause order. Plaintiff, through its motion, asserts that Defendant, after Plaintiff filed its July 17, 2012 motion, submitted monthly contribution reports and remitted payment to Plaintiff. **IT IS THEREFORE ORDERED** that the show-cause order is vacated. (Doc. 13.) As such, the August 9, 2012 hearing is cancelled.

*It is so ordered.*

*Timothy S. Black*
JUDGE, UNITED STATES DISTRICT COURT