UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1410 | : Case No. 3:11-cv-107 |
| Plaintiff, | : |
| | : Judge Timothy S. Black |
| vs. | : |
| ANDERSON MASONRY, INC., | : |
| Defendant. | : |

## ORDER STAYING THIS CIVIL ACTION

On March 5, 2013, Defendant Anderson Masonry, Inc., filed a petition for bankruptcy. (Doc. 34). Accordingly, the above-captioned action is hereby **STAYED** pursuant to Section 362(a) of the Bankruptcy Code.

Anderson Masonry, Inc. shall notify the Court when the stay can be lifted. **IT IS SO ORDERED.**

**IT IS SO ORDERED**.

Date: 3/8/13

_____
Timothy S. Black
United States District Judge