UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | | |
|---|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1410, | * | Case No. 3:11-cv-00107 |
| *Plaintiff,* | * | Judge Black |
| vs. | * | |
| ANDERSON MASONRY COMPANY, INC., | * | ORDER |
| *Defendant.* | * | |

This matter is before the Court upon Plaintiff's motion to lift the stay. Because the Defendant's bankruptcy action has been closed, the motion is GRANTED. This case shall be reinstated to the Court's active docket.

5/22/2013
Date

Timothy S. Black
JUDGE, UNITED STATES DISTRICT COURT